MEMORANDA OF CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

The court being evenly divided (CONNOR, J., not sitting) the judgment is affirmed.

THOMASON v. RAILROAD (appellant). From Vance. *Pittman* for plaintiff; *Bridgers* for defendant. Affirmed, and defendant allowed to answer over.

BOURNE (appellant) v. RAILROAD. *Gilliam* for plaintiff; *Bridgers* for defendant. The court being evenly divided (CONNOR, J., not sitting), the judgment is affirmed.

STATE v. EDMUNDSON (appellant). From Lenoir. *Attorney-General* for State; *Rouse* for defendant. No error.

MARSHALL v. CORBETT (appellant). From Pender. *Stevens* for plaintiff. Dismissed for failure to print record.

WILLIAMS (appellant) v. TELEPHONE CO. From New Hanover. *Russell* for plaintiff; *Rountree & Carr* for defendant. Dismissed under Rule 15 for failure to prosecute appeal.

TAYLOR (appellant) v. McKINNON. From New Hanover. *Meares* for plaintiff; *McLean* for defendant. Dismissed for failure to file brief.

SOUTHERLAND (appellant) v. SCHOOL COMMITTEE. From Wayne. *Parker* for plaintiff; *Grady* for defendant. Affirmed.

STATE v. McNEILL (appellant). From Robeson. *Attorney-General* for State. Appeal dismissed under Rule 17.

SOLES v. RAILROAD (appellant). From Columbus. *Lyon* for plaintiff; *Davis* for defendant. The court being evenly divided (BROWN, J., not sitting), the judgment is affirmed.

JACKSON (appellant) v. RAILROAD. From Robeson. *McIntyre & Lawrence* for appellee. Dismissed under Rule 17.

STATE v. STURDIVANT (appellant). From Anson. *Attorney-General* for State; *McLendon* for defendant. No error.